NUMBER 13-01-571-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


KIMBLE JOSEPH THIBEAUX , Appellant,


v.


THE STATE OF TEXAS, Appellee.

___________________________________________________________________


On appeal from the 252nd District Court 

of Jefferson County, Texas.

___________________________________________________________________


O P I N I O N


Before Justices Hinojosa, Yañez , and Castillo

Opinion Per Curiam


Appellant, KIMBLE JOSEPH THIBEAUX , perfected an appeal from a judgment entered by the 252nd District Court of
Jefferson County, Texas, in cause number 83028 . Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day of October, 2001 .